# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES ex rel.
NEIL LOCKHART,

      Plaintiff,

v.                                  CASE NO. 4:04cv296-RH/WCS

GENERAL DYNAMICS CORPORATION, et al.,

      Defendants.

_____/

## ORDER NOTING GOVERNMENT'S ELECTION NOT TO INTERVENE, UNSEALING FILE, AND AUTHORIZING SERVICE OF PROCESS

Upon consideration of the government's notice of election not to intervene (document 7),

IT IS ORDERED:

1. The clerk shall unseal the file.

2. Plaintiff is authorized to effect service of process.

3. No dismissal of this action will be effective until the government is given notice and an opportunity to be heard. The parties shall serve copies of all future pleadings on the attorneys of record for the government. The clerk shall provide copies of this order and all future orders to the attorneys of record for the

government.

    SO ORDERED this 7th day of August, 2005.

                                    s/Robert L. Hinkle  
                                    Chief United States District Judge